UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-01825-JLS-PVC                    Date: April 14, 2026
Title:  Jarmanjit Singh v. Todd Lyons et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                        Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER (Doc. 3)**

On April 13, 2026, Petitioner Jarmanjit Singh filed a petition for writ of habeas corpus and an *ex parte* Application for Temporary Restraining Order ("TRO").  (Petition, Doc. 1; App., Doc. 3.)  Petitioner is currently detained by Immigration and Customs Enforcement ("ICE"), and seeks a TRO requiring Respondents to release him from detention, or alternatively ordering a bond hearing.  (*See* App.)

Due to the influx of petitions for writs of habeas corpus filed by those in immigration detention, and to facilitate their expedited resolution, the Court has issued General Order No. 26-05.  (Doc. 6.)  Pursuant to the General Order, the Court set a briefing schedule for the petition for writ of habeas corpus in this case: Respondents' answer is due by April 21, 2026, and Petitioner's reply is due no later than 3 days after the answer is filed.  (*Id.*)  In light of the expedited briefing schedule on the underlying habeas petition, it is not certain that the merits of the TRO Application can be decided before the merits of the habeas petition are decided.  Even if there were to be a delay that results from awarding Petitioner relief based on the habeas petition alone, it would be brief.  Under these circumstances, the Court concludes that awarding relief on an emergency, *ex parte* basis is not warranted.  *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008) (Petitioner "must establish . . . that he is likely to suffer

---

**CIVIL MINUTES – GENERAL**                                                        1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-01825-JLS-PVC                     Date: April 14, 2026
Title:  Jarmanjit Singh v. Todd Lyons et al

irreparable harm in the absence of preliminary relief").  Accordingly, Petitioner's Application is DENIED.[1]  Proceedings on the merits of Petitioner's underlying habeas petition will continue before the Magistrate Judge.

Initials of Deputy Clerk: evc

---

[1] The docket further reflects that a hearing date for the Application has been improperly set.  Any hearing on the Application is hereby VACATED.