**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JARMANJIT SINGH,

Petitioner,

v.

TODD LYONS, et al.,

Respondents.

Case No. EDCV 26-1825 JLS (PVC)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment is entered in favor of Respondents, and the above-captioned action is dismissed with prejudice.

Dated: October 8, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE